ACCEPTED
01-15-00284-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 2:22:46 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00284-CV

_____

**IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 2:22:46 PM
CHRISTOPHER A. PRINE
Clerk

_____

Latrice Harris,
Appellant

v.

Highland Knolls Community Association,
Appellee.

_____

**APPELLEE HIGHLAND KNOLLS COMMUNITY
ASSOCIATION'S NOTICE OF STAY**

_____

From the Civil County Court at Law No. 2 of Harris County, Texas,
Trial Court Case No. 908,487

_____

TO THE HONORABLE COURT:

Appellee Highland Knolls Community Association (hereinafter referred to as "Association" or "Appellee") files this Notice of Stay because of a bankruptcy proceeding and would respectfully show unto the Court as follows:

1

## A. INTRODUCTION

1.    Appellant is Latrice Harris; appellee is Highland Knolls Community Association.

2.    Appellant perfected the appeal on March 25, 2015, when she filed a notice of appeal.

## B. ARGUMENTS AND AUTHORITIES

3.    Appellant is currently the subject of a proceeding under the United States Bankruptcy Code Chapter 13, which is pending in the United States Bankruptcy Court for the Southern District of Texas, *In re Latrice Harris*, under docket number 15-31978, filed on April 6, 2015.

4.    Under the provisions of 11 U.S.C. section 362(a), all proceedings are automatically stayed.

## C. CONCLUSION

5.    Appellant has initiated a bankruptcy proceeding.  Therefore, this appeal is automatically stayed.

## D. PRAYER

6.    For these reasons, the Court is required to stay this appeal.

Respectfully submitted,

ROBERTS MARKEL WEINBERG BUTLER
HAILEY PC

*/s/ Dawn S. Holiday*

_____

DAWN S. HOLIDAY
TBA No. 24046090
Cliff Davis
TBA No. 00792447
2800 Post Oak Blvd, 57th Floor
Houston, TX  77056
(713) 840-1666
Fax:  (713) 840-9404
dholiday@rmwbhlaw.com
cdavis@rmwhbhlaw.com
ATTORNEYS FOR APPELLEE,
HIGHLAND KNOLLS COMMUNITY
ASSOCIATION

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Rule 9.4 i(3) of the Texas Rules of Appellate Procedure, I certify that the word count in *Appellee Highland Knolls Community Association's Notice of Stay* is 156 words.

*/s/ Dawn S. Holiday*

_____

Dawn S. Holiday

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Tex. R. Civ. P. 21a, a true and correct copy of the foregoing instrument was served upon the parties listed below by fax, delivery service, messenger, mail, and/or through the serving party's electronic filing service provider, this 14th day of April, 2015.

***Via Regular Mail and***
***Via Certified Mail/RRR: 7010 2780 0003 0285 3297***
Latrice L. Harris (Pro Se)
2310 Enchanted Park Lane
Katy, TX  77450

*/s/ Dawn S. Holiday*

_____
Dawn S. Holiday